FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-6020-EFS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS** |
| FERNANDO MAGANA-ECHEVERRIA, | |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss Petition, ECF No. 104. The United States moves the Court to dismiss the violations alleged in the petition filed on August 9, 2017, in ECF No. 92.

Accordingly, **IT IS HEREBY ORDERED**:

1. United States' Motion to Dismiss Petition, **ECF No. 104, is GRANTED.**

2. The violations alleged in the August 9, 2017 petition, ECF No. 92, are hereby **DISMISSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Marshals Service, and the U.S. Probation Office.

**DATED** this __11th__ day of December 2017.


_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2013\13-6020.Magana-Echeverria.ord.diss.pet.lc02.docx

ORDER - 1